UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CASE NO.:  2:25-cv-13695

BENJAMIN SCHUMIN,

        Plaintiff,

v.

DRIVERGENT, INC.,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff BENJAMIN SCHUMIN by and through his undersigned counsel, brings this Complaint against Defendant DRIVERGENT, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff BENJAMIN SCHUMIN ("Schumin") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Schumin's original copyrighted Work of authorship.

2. Schumin is an experienced photographer that focuses his craft on everyday human life including architecture, nature, cities, events, urban exploration, and political activism.

3. Defendant DRIVERGENT, INC. ("Drivergent") is a school bus transportation service provider. At all times relevant herein, Drivergent owned and operated the facebook account located at the URL http://facebook.com/drivergenttransportation/ (the "Drivergent Facebook Page").

4. Schumin alleges that Drivergent copied Schumin's copyrighted Work from the internet in order to advertise, market and promote its business activities. Drivergent committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Drivergent's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Drivergent is subject to personal jurisdiction in Michigan.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Drivergent engaged in infringement in this district, Drivergent resides in this district, and Drivergent is subject to personal jurisdiction in this district.

**DEFENDANT**

9.      Drivergent, Inc. is a Michigan Corporation, with its principal place of business at 34575 Commerce Road, Fraser, Michigan, 48026, and can be served by serving its Registered Agent, David Holls, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10.     In 2014, Schumin created the photograph entitled "Augusta County school bus at Ridgeview Park [01]," which is shown below and referred to herein as the "Work."



11.     Schumin registered the Work with the Register of Copyrights on April 24, 2020 as part of a group registration.  The Group Registration was assigned

registration number VA 2-205-893. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Schumin was the owner of the copyrighted Work.

## INFRINGEMENT BY DRIVERGENT

13. Drivergent has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Drivergent copied the Work.

15. On or about January 12, 2024, Schumin discovered the unauthorized use of his Work on the Drivergent Facebook Page.

16. Drivergent copied Schumin's copyrighted Work without Schumin's permission.

17. After Drivergent copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its transportation service business.

18. Drivergent copied and distributed Schumin's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. When Drivergent copied the works it added false copyright management information in the form of its logo in the bottom left hand corner of the infringement and in the form of its company name added on the school bus shown in the work.

20. Drivergent committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Schumin never gave Drivergent permission or authority to copy, distribute or display the Work for any purpose.

22. Schumin notified Drivergent of the allegations set forth herein on April 21, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Schumin incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Schumin owns a valid copyright in the Work.

25. Schumin registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Drivergent copied, displayed, and distributed the Work and made derivatives of the Work without Schumin's authorization in violation of 17 U.S.C. § 501.

27. Drivergent performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Schumin has been damaged.

30. The harm caused to Schumin has been irreparable.

## COUNT II
## ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

31. Schumin incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

32. The Work contains false CMI.

33. Drivergent knowingly and with the intent to enable or facilitate copyright infringement, added CMI, the Drivergent Transportation name and logo, to the Work in violation of 17 U.S.C. § 1202(a).

34. Drivergent committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work protected under the Copyright Act.

35. Drivergent caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schumin's rights in the Work.

36. Drivergent applied it own false CMI upon the Work.

37. After applying the false CMI to the Work, Drivergent published the Work in violation of 17 U.S.C. § 1202(a).

38. Schumin has been damaged.

39. The harm caused to Schumin has been irreparable.

WHEREFORE, the Plaintiff BENJAMIN SCHUMIN prays for judgment against the Defendant DRIVERGENT, INC. that:

   a. Drivergent and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

   b. Drivergent be required to pay Schumin his actual damages and Defendant's profits attributable to the infringement, or, at Schumin's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1202;

   c. Schumin be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   d. Schumin be awarded pre- and post-judgment interest; and

   e. Schumin be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Schumin hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Dated: November 19, 2025					Respectfully submitted,

								*/s/  J. Campbell Miller*
								J. CAMPBELL MILLER
								Indiana Bar Number: 38279-49
								campbell.miller@sriplaw.com

								**SRIPLAW, P. A.**
								742 South Rangeline Road
								Carmel, Indiana 46032
								332.600.5599 – Telephone
								561.404.4353 – Facsimile

								and

								JOEL B. ROTHMAN
								Florida Bar Number: 98220
								joel.rothman@sriplaw.com

								**SRIPLAW, P. A.**
								21301 Powerline Road
								Suite 100
								Boca Raton, FL 33433
								561.404.4335 – Telephone
								561.404.4353 – Facsimile

								*Counsel for Plaintiff Benjamin Schumin*